ELMER H. LEMON, as Receiver for ORANGE COUNTY THEATRES, INC., Respondent, v. ISAAC MILLER et al., Appellants.—

Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.